In the Matter of the Application of WILLIAM A. GORDON, Petitioner, for an Order of Certiorari against LEWIS J. VALENTINE, as Police Commissioner of the Police Department of the City of New York, Respondent.— Certiorari to review the determination of the respondent police commissioner, in finding petitioner guilty of charges and specifications to the effect that he was negligent in safeguarding his service revolver and was unfit for duty by reason of intoxication. Determination unanimously confirmed and certiorari proceeding dismissed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

In the Matter of MILTON MILLER, Petitioner, to Prove the Last Will and Testament of EDWARD H. MILLER, Late of the County of Kings, Deceased. SYLVIA SMITH, Appellant; CLARE PASTER MILLER, Respondent.— Decree of the Surrogate's Court of Kings county admitting to probate the will of Edward H. Miller, and order making former orders of this court and an order of the Court of Appeals orders of said Surrogate's Court, unanimously affirmed, with costs to respondent, payable out of the estate. No opinion. Motion for leave to appeal to the Court of Appeals, made on the argument, denied. Present — Lazansky, P. J., Davis, Johnston, Adel and Taylor, JJ.

In the Matter of the Application of JUNE ROSE GOLDING, as Executrix, etc., of HENRY L. O'BRIEN, Deceased, to Discover Certain Property of Said Deceased, Claimed to Be Withheld. JUNE ROSE GOLDING, as Executrix, etc., of HENRY L. O'BRIEN, Deceased, Respondent; MARY I. THOMPSON and HERBERT A. O'BRIEN, Appellants.— Order of the Surrogate's Court of Kings county denying the motion of the respondents-appellants to strike certain designated allegations from the amended petition affirmed, with ten dollars costs and disbursements to the petitioner-respondent. No opinion. Lazansky, P. J., Hagarty, Adel and Close, JJ., concur; Carswell, J., not voting.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property of and Rehabilitate the WESTCHESTER TITLE & TRUST COMPANY. In the Matter of a Plan of Readjustment, Modification and Reorganization of the Rights of the Holders of Mortgage Investments in a Group of Mortgages Guaranteed by WESTCHESTER TITLE & TRUST COMPANY and Designated as Series 21-E. ORIE R. KELLY and ANTHONY J. KERIN, Two Retiring Trustees, Appellants.— Order settling account of trustees appointed on behalf of mortgage certificate holders, in so far as appealed from, affirmed, without costs. An examination of the record discloses that these appellants, who served as trustees in response to a request to assume that obligation as a public service and without compensation, discharged their duties with commendable diligence and ability in every respect. In our opinion, they were in no way responsible for the failure to rehabilitate and to satisfy arrearages of taxes, requiring money which was not available. That conclusion, however, cannot serve as a basis upon which this court may predicate a determination expunging from the record the criticism expressed by a justice in a collateral proceeding involving permission to sell the premises, wherein the conduct of the trustees was under scrutiny, even though we believe such criticism to have been unjustified. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.